### BELL v. STATE.
#### No. 21509.

Court of Criminal Appeals of Texas.
March 19, 1941.

H. Womack, of McCamey, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was indicted for the murder of Wiley Bell on the 12th day of March, 1937, and, upon being found guilty by a jury, his punishment was assessed at five years in the penitentiary. This was made to run concurrently with another sentence of fifty years.

The record is before this court without bills of exception or statement of facts, and we are unable to find any matter presented for our consideration.

The judgment of the trial court is affirmed.